**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Uretz, Cary A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-8187** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Uretz, Cary A.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Cary A. Uretz**
Signature of Debtor **Cary A. Uretz**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 14, 2005**
Date

**Signature of Attorney**

X    **/s/ Gary N. Foley**
Signature of Attorney for Debtor(s)
**Gary N. Foley 06237076**
Printed Name of Attorney for Debtor(s)
**Shaw & Foley, L. L. C.**
Firm Name
**33 No. County Street**
**Suite 302**
**Waukegan, IL 60085**
Address      **Email: garyfoley@hotmail.com**
**847-244-4696 Fax: 847-244-4673**
Telephone Number
**October 14, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ Gary N. Foley**      **October 14, 2005**
Signature of Attorney for Debtor(s)     Date
**Gary N. Foley 06237076**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Cary A. Uretz**                                                    ,     Case No. _____

                                          Debtor

                                                              Chapter_____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 35,425.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 256,495.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 189,593.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 4,137,600.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,050.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,810.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 35,425.00 | | |
| Total Liabilities | | | | 4,583,688.40 | |

In re    **Cary A. Uretz**                                            ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Cary A. Uretz**                                                    ,   Case No. _____
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Nominal Cash on hand used for normal everyday living expenses** | **H** | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with LaSalle Bank in Buffalo Grove** | **J** | **0.00** |
| | | **Checking account with Bank One in Lake in the Hills** | **H** | **700.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furniture for 5 rooms, including audio, video and computer equipment** | **J** | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, art and other misc collectables** | **J** | **500.00** |
| 6. Wearing apparel. | | **Used personal clothing** | **J** | **800.00** |
| 7. Furs and jewelry. | | **Costume jewelry and watches and ring** | **H** | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Policy, Death benefit of $1,600,000.00; Not payable until death. Beneficiaries: wife and kids** | **H** | **0.00** |

Sub-Total >        **5,700.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Cary A. Uretz**                                          ,      Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Cary A. Uretz**                                                  ,     Case No. _____
_____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chevrolet 300M**<br>**Miles: 180,000** | W | 3,395.00 |
| | | **1999 Audi A4**<br>**Miles: 70,000** | W | 4,995.00 |
| | | **1969 Chevrolet Camaro (Race car)**<br>**Miles: 210,000** | W | 10,000.00 |
| | | **1991 Jeep Wrangler**<br>**Miles: 140,000** | W | 3,650.00 |
| | | **1999 Ford Expedition**<br>**Miles: 120,000** | J | 7,685.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          29,725.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re      **Cary A. Uretz**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 35,425.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re   **Cary A. Uretz**                                      ,   Case No. _____
                                     Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Nominal Cash on hand used for normal everyday living expenses | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Bank One in Lake in the Hills | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **Household Goods and Furnishings** | | | |
| Household goods and furniture for 5 rooms, including audio, video and computer equipment | **735 ILCS 5/12-1001(b)** | **800.00** | **3,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures, art and other misc collectables | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| Used personal clothing | **735 ILCS 5/12-1001(a)** | **800.00** | **800.00** |
| **Furs and Jewelry** | | | |
| Costume jewelry and watches and ring | **735 ILCS 5/12-1001(b)** | **0.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Ford Expedition Miles: 120,000 | **735 ILCS 5/12-1001(c)** | **1,200.00** | **7,685.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **Cary A. Uretz** _____,   Case No. _____
                                    Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8421**<br><br>**ABN Amro Mortgage**<br>**4242 North Harlem Avenue**<br>**Norridge, IL 60706** | X | J | **2003**<br>**Mortgage**<br>**1362 Crossfield Court, Buffalo Grove, IL 60089 (Debtors' Residence) Purchased: 10/1986 Purchase Price: $170,000.00 Down Payment: $40,000.00 Refinanced: 1997 Note: Debtor's interest in the home was transferred via judicial deed** | | | | | |
| | | | Value $          425,000.00 | | | | 196,660.00 | 0.00 |
| Account No. **xxxxxxxxxxx5560**<br><br>**Banco Popular**<br>**PO Box 17036**<br>**Baltimore, MD 21297** | X | J | **06/1999**<br><br>**Auto Lien**<br><br>**1999 Ford Expedition** | | | | | |
| | | | Value $          5,995.00 | | | | 8,679.00 | 2,684.00 |
| Account No. **xxx9199**<br><br>**Countrywide Home Loans**<br>**450 American St**<br>**Simi Valley, CA 93065** | X | J | **Opened 11/01/98**<br><br>**Second Mortgage**<br><br>**Mortgage: 1362 Crossfield Court, Buffalo Grove, IL 60089** | | | | | |
| | | | Value $          450,000.00 | | | | 50,133.00 | 0.00 |
| Account No. **2548**<br><br>**Mbna America/Gateway**<br>**Pob 17054**<br>**Wilmington, DE 19884** | | H | **Opened 10/01/97  Last Active  3/15/05**<br><br>**Purchase Money Security**<br><br>**Home Computer** | | | | | |
| | | | Value $          300.00 | | | | 1,023.00 | 723.00 |

___0___  continuation sheets attached

Subtotal (Total of this page)          256,495.00

Total (Report on Summary of Schedules)          256,495.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E
(04/04)

In re __**Cary A. Uretz**_____,    Case No. _____
                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **Cary A. Uretz** _____ ,   Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | | |
| Account No. **xxxx3990**<br><br>**State of MI, Dept. of Env. Quality**<br>**7953 Adobe Rd**<br>**Kalamazoo, MI 49009** | X | - | | | 05/18/2005<br><br>EPA | | | | **120,000.00** | **120,000.00** |
| Account No. **xxx-xxxxxxxx74-03**<br><br>**Wisconsin Department of Revenue**<br>**2135 Rimrock Road**<br>**Madison, WI 53713** | X | - | | | 10/1/2003-9/30/2004<br><br>Sales tax<br>Dunkin Donuts | | | | **34,743.76** | **2,000.00** |
| Account No. **700-0000620674-05**<br><br>**Wisconsin Department of Revenue**<br>**2135 Rimrock Road**<br>**Madison, WI 53713** | | - | | | 1/1/2004-2/29/2004<br><br>Sales tax | | | | **6,079.38** | **0.00** |
| Account No. **700-0000620674-06**<br><br>**Wisconsin Department of Revenue**<br>**2135 Rimrock Road**<br>**Madison, WI 53713** | | - | | | 11/1/2003-9/30/2004<br><br>Sales tax | | | | **28,769.86** | **0.00** |
| Account No. | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
| --- | --- | --- |
| Subtotal<br>(Total of this page) | **189,593.00** | |
| Total<br>(Report on Summary of Schedules) | **189,593.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re    **Cary A. Uretz**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Al Koplin**<br>**c/o Thomas Moffitt, McCracken, Wals**<br>**134 N. LaSalle, STE 600**<br>**Chicago, IL 60602** | | J | **Real estate loan to NEP Netlease Investors I LLC**<br>**08/2003** | | | | 50,000.00 |
| Account No.<br><br>**Alden Orput**<br>**1639 N. Alpine Road**<br>**Rockford, IL 61107** | | - | **Business Partner for NEP NET Investors 1-5** | | | | 1,000.00 |
| Account No. **xxx-xx-8187**<br><br>**Allied Domecq (Dunkin Brands)**<br>**130 Royal St.**<br>**Canton, MA 02021** | X | J | **NEP franchise agreement** | | | | 200,000.00 |
| Account No. **xxx-xx-8187**<br><br>**Anchor Bank**<br>**25 West Main Street**<br>**Madison, WI 53703** | X | - | **Triple Play Hospitality, LLC** | | | | 50,000.00 |

__11__  continuation sheets attached

| | Subtotal (Total of this page) | **301,000.00** |
|---|---|---|

Form B6F - Cont.
(12/03)

In re   **Cary A. Uretz**                                                    ,      Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Brad Pielet**<br>**499 Lake Cook Rd**<br>**Deerfield, IL 60015** | - | | | | **Business partner for 272 E. Capitol, LLC, 4950 S. 27th Street, LLC** | | | | 1,000.00 |
| Account No. **xx7097**<br><br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | - | | | | **Opened 7/01/02**<br>**Collection Condell Acute Care** | | | | 433.00 |
| Account No. **xx5046**<br><br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | - | | | | **Opened 9/01/01 Last Active 3/01/01**<br>**Collection Condell Acute Care** | | | | 247.00 |
| Account No. **xx1484**<br><br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | - | | | | **Opened 7/01/02**<br>**Collection Condell Acute Care** | | | | 60.00 |
| Account No.<br><br>**Charles Everhardt**<br>**c/o Anthony Licata, Shefsky & Froel**<br>**444 North Michigan Ave**<br>**Chicago, IL 60611** | X | | J | | **Business Partner in National Energy Properties, Labe Bank, and GE Capital** | | | | 1,000.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,740.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Cary A. Uretz**                                              Case No. _____
                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xx-8187**<br><br>**Cit Fin Serv**<br>**Po Box 624**<br>**Marlton, NJ 08053** | - | | | **Business Loan** | | | | 350,000.00 |
| Account No. **xxxxxxxx6753**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | X | J | | **Opened  2/01/96  Last Active  2/18/05**<br>**Credit card** | | | | 5,521.00 |
| Account No. **xxx-xx-8187**<br><br>**Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** | X | J | | **11/24/03**<br>**Business Equipment Loan 1:**<br>**Triple Play Hospitality, LLC,**<br>**Triple Play Brown Deer, LLC,**<br>**Steven P. Cotsirilos,**<br>**Latimer LeVay Jurasek, LLC (atty for Cole Taylor Bank),**<br>**David A. Kaufman & Associates (atty for Cotsirilos)** | | | | 369,676.61 |
| Account No. **xxx-xx-8187**<br><br>**Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** | X | J | | **04/05/2004**<br>**Business Equipment Loan 2:**<br>**Triple Play Hospitality, LLC,**<br>**Triple Play Brown Deer, LLC,**<br>**Steven P. Cotsirilos** | | | | 263,088.04 |
| Account No. **9284334**<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | - | | | **Notice only**<br>**c/o Harvard Collections** | | | | 0.00 |

Sheet no. __**2**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**988,285.65**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Cary A. Uretz** ,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **7357076** <br><br> **Corporation Service Company** <br> **PO Box 13397** <br> **Philadelphia, PA 19101** | - | | | | **9/2005** <br> **Statutory rep.** | | | | 971.00 |
| Account No. **xxx5079** <br><br> **Dean's Foods** <br> **3600 River Road** <br> **Franklin Park, IL** | X | | J | | **Dairy Products** <br> **03SC4629** | | | | 15,000.00 |
| Account No. **xxxxxx1872** <br><br> **Direct Loan Svc System** <br> **501 Bleeker Street** <br> **Utica, NY 13502** | | H | | | **Opened 9/15/00 Last Active 1/06/05** <br> **Educational loan for Justin** | | | | 17,541.00 |
| Account No. **xxxxxx1871** <br><br> **Direct Loan Svc System** <br> **501 Bleeker Street** <br> **Utica, NY 13502** | | H | | | **Opened 8/20/99 Last Active 1/06/05** <br> **Educational loan** | | | | 15,022.00 |
| Account No. **xxx-xx-8187** <br><br> **Dolan Associates** <br> **2275 Half Day Rd** <br> **Bannockburn, IL 60015** | X | | J | | **LL Triple Play Landlord** <br> **07/2003** | | | | 25,000.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **73,534.00**

Form B6F - Cont.
(12/03)

In re   **Cary A. Uretz**                                                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dominic DiStefano**<br>**4223 Sands Blvd**<br>**Key Coral, FL 33914** | - | | **Business partner** | | | | **20,000.00** |
| Account No. **xxx-xx-8187** <br><br>**Fall Creek Partners**<br>**c/o Gerald Fradin, Sonnenschein Nat**<br>**8000 Sears Tower**<br>**Chicago, IL 60606** | X | J | **6/2003**<br>**Investment Loan**<br>**Triple Play Hospitality, LLC,** | | | | **275,000.00** |
| Account No. **CVxxxx-xx6968** <br><br>**GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** | X | J | **12/13/02**<br>**Reference Loan # 11555 & # 10931**<br>**Business Equipment: 4950 S. 27th Street, LLC,**<br>**Lawrence Nesis, Charles Everhardt,**<br>**Brad Pielet, NEP, LLC, 272 East Capitol, LLC,**<br>**KUTAKROCK, LLP (atty for GE)** | | | | **850,000.00** |
| Account No. **xx CH 1596** <br><br>**Gomberg, Sharman, Gold & Ostler, PC**<br>**208 South LaSalle Street, # 1200**<br>**Chicago, IL 60604** | X | J | **2003**<br>**Civil Action-Collection,**<br>**Attorneys for Labe Bank, Defendants: Cary**<br>**Uretz, Salik N. Rao, NEP, LLC, Charles**<br>**Everhardt, Lawrence Nesis.** | | | | **0.00** |
| Account No. **xxxx2204** <br><br>**Goodwin & Bryan, LLP**<br>**PO Box 221406**<br>**Cleveland, OH 44122** | X | J | **06/2005**<br>**Pepsi Americas**<br>**Triple Play Hospitality, LLC** | | | | **8,825.12** |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,153,825.12**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Cary A. Uretz**                                    , Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx4334** <br><br> **Harvard Collections Services, Inc** <br> **4839 N. Elston Ave.** <br> **Chicago, IL 60630** | - | | | | **06/2005** <br> **Collections for Comed** | | | | 423.27 |
| Account No. **542** <br><br> **III Coll Service Inc** <br> **4647 W 103rd St** <br> **Oak Lawn, IL 60453** | | H | | | **Opened  8/01/02** <br> **Collection Med1condell Medical** | | | | 2,132.00 |
| Account No. **554** <br><br> **III Coll Service Inc** <br> **4647 W 103rd St** <br> **Oak Lawn, IL 60453** | | H | | | **Opened  9/01/02** <br> **Collection Med1condell Medical** | | | | 2,115.00 |
| Account No. **554** <br><br> **III Coll Service Inc** <br> **4647 W 103rd St** <br> **Oak Lawn, IL 60453** | | H | | | **Opened  9/01/02** <br> **Collection Med1condell Medical** | | | | 119.00 |
| Account No. **xxx-xx-8187** <br><br> **Indiana Insurance** <br> **c/o Brennan & Clark, LTD** <br> **721 E. Madison, Suite 200** <br> **Villa Park, IL 60181** | - | | | | | | | | 1,175.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,964.27

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Cary A. Uretz**                                    , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx CV 1716**<br><br>**Joseph E. Fenzel**<br>**PO Box 757 N Broadway**<br>**Suite 600**<br>**Milwaukee, WI 53202** | - | | | | **08/23/2005**<br>**Notice only**<br>**Attorney for Park Bank Leasing, Inc.,**<br>**Defendants: TPH, LLC, Cary Uretz,**<br>**Wayne Gerenstein, Steven P. Cotsirilos.** | | | | **0.00** |
| Account No. **xxx-xx-8187**<br><br>**Kenosha News**<br>**5800 7th Ave.**<br>**Kenosha, WI 53140** | | | J | | **08/2003**<br>**Advertising Fees**<br>**phone number (262) 657-1000** | | | | **4,000.00** |
| Account No. **xxx-xx-8187**<br><br>**Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** | - | | | | **Notice only**<br>**Attorneys for GE Capital Franchise Finance**<br>**Corporation, Defendants: 4950 S. 27th Street,**<br>**LLC, Lawrence Nesis,**<br>**Charles Everhardt, Brad Pielet, NEP, LLC, 272**<br>**East Capitol, LLC** | | | | **0.00** |
| Account No. **CV2005-006968**<br><br>**Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** | X - | | | | **4/2005**<br>**Attorney for GE Capital** | | | | **0.00** |
| Account No. **xx L 9295**<br><br>**Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** | X | H | | | **Notice Only:**<br>**NEP, LLC,**<br>**Salik Rao,**<br>**Charles Everhardt,**<br>**Lawrence Nesis,**<br>**Gomberg, Sharfman, Gold & Ostler, PC** | | | | **1,000,000.00** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,004,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Cary A. Uretz**                                        ,   Case No. _____

                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx6641 <br><br> **LaSalle Bank National Association** <br> **135 South LaSalle Street** <br> **Chicago, IL 60603** | X | J | | 03/30/2004 <br> **Personal Loan reference #: 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-7** | | | | 178,000.00 |
| Account No. xxx-xx-8187 <br><br> **Latimer LeVay Jurasek LLC** <br> **55 West Monroe Street** <br> **Suite 1100** <br> **Chicago, IL 60603** | - | | | **Notice only** <br> **Attorney for Cole Taylor Bank,** <br> **Defendants: TPH, LLC, TPBD, LLC, Steven** <br> **Cotsirilos, and Cary Uretz.** | | | | 0.00 |
| Account No. <br><br> **Lawrence Nesis** <br> **c/o Anthony Licata, Shefsky & Froel** <br> **444 North Michigan Ave** <br> **Chicago, IL 60611** | - | | | **Business Partner for National Energy Properties, LLC** | | | | 1,000.00 |
| Account No. xxx-xx-8187 <br><br> **Milwakee Brewers** <br> **One Brewers Way** <br> **Milwaukee, WI 53214** | X | J | | 2002-2006 <br> **Breach of Contract,** <br> **NEP, LLC** | | | | 10,000.00 |
| Account No. xxx-xx-8187 <br><br> **Muzak** <br> **2901 3rd Ave.** <br> **Seattle, WA 98121** | X | J | | **Equipment and Services,** <br> **Triple Play Hospitality, LLC** | | | | 15,000.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            204,000.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Cary A. Uretz**                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx5374** <br><br> **National Registered Agents, Inc** <br> **PO Box 927** <br> **West Windsor, NJ 08550** | X | - | | **06/2005** <br> **Fees for R-355615 & R-394685** | | | | 298.00 |
| Account No. **xxx-xx-8187** <br><br> **Northern Leasing Systems, Inc.** <br> **132 West 31st** <br> **14th Floor** <br> **New York, NY 10001** | | - | | | | | | 1,876.76 |
| Account No. **xx5569** <br><br> **Osi Collection Service** <br> **4165 E Thousand Oaks,Ste** <br> **Westlake Village, CA 91362** | | H | | **Opened 12/01/01** <br> **Collection Ssm St Clare Hospita** | | | | 245.00 |
| Account No. **xx-CVxx1716** <br><br> **Park Bank Leasing** <br> **15850 W. Bluemound Rd** <br> **Brookfield, WI 53005** | X | J | | **01/2005** <br> **Reference # 362-001** <br> **Business equipment collection: TPH, LC,** <br> **Wayne Gerenstein, Steven P. Costsirilos,** <br> **Joseph E. Fenzel (atty for Park Bank)** | | | | 205,546.61 |
| Account No. **xx424221294** <br><br> **Paymentech** <br> **1307 Walt Whitman Rd** <br> **Melville, NY 11747** | | - | | **6/2005** <br> **Triple Play Hospitality** | | | | 1,261.60 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          209,227.97

Form B6F - Cont.
(12/03)

In re  **Cary A. Uretz**                                    , Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx2747**<br><br>**Radiant Systems, Inc.**<br>**3925 Brookside Pkwy**<br>**Alpharetta, GA 30022** | X | | J | | **06/2005**<br>**Business equipment:**<br>**TPH dba Dunkin Donuts,**<br>**Teller, Levit & Silvertrust, PC** | | | | **10,460.39** |
| Account No.<br><br>**Ruth Sugarman**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | | - | | | **Loans** | | | | **100,000.00** |
| Account No.<br><br>**Salik N. Rao**<br>**829 Winfall Drive**<br>**Schaumburg, IL 60173** | | - | | | **Business Partners for NEP, LLC** | | | | **1,000.00** |
| Account No. **05 MR 1088**<br><br>**Scott Jensen**<br>**Murray, Jensen & Wilson, Ltd**<br>**101 N. Wacker Drive, Suite 101**<br>**Chicago, IL 60606** | | - | | | **2005**<br>**Notice only**<br>**Attorney for Park Bank Leasing v Triple Play**<br>**Hospitality** | | | | **0.00** |
| Account No. **xxx-xx-8187**<br><br>**Stahl  Cowan & Crowley, LLC**<br>**55 East Monroe Street**<br>**Chicago, IL 60604** | | J | | | **2001**<br>**Legal Fees** | | | | **20,000.00** |

Sheet no. __**9**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**131,460.39**

Form B6F - Cont.
(12/03)

In re    **Cary A. Uretz**                                                  ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0513251-000<br><br>**Stahl Brashler, LLC**<br>**20 E. Jackson Blvd**<br>**7th Floor**<br>**Chicago, IL 60604** | X | - | **Notice only**<br>**Chicago Title Insurance Company**<br>**Labe Bank** | | | | 0.00 |
| Account No.<br><br>**Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | | J | **Business partner contribution:**<br>**Triple Play Hospitality, LLC,**<br>**Triple Play Brown Deer, LLC** | | | | 10,000.00 |
| Account No. xxx-xx-8187<br><br>**Teller, Levit & Silvertrust, PC**<br>**11 E. Adams St.**<br>**Suite 800**<br>**Chicago, IL 60603** | | - | **Notice only**<br>**Attorney for Radiant Systems, Inc,**<br>**Defendants: TPH dba Dunkin Donuts, and Cary**<br>**Uretz.** | | | | 0.00 |
| Account No. xxxxxx1872<br><br>**Us Dept Of Education**<br>**501 Bleecker St**<br>**Utica, NY 13501** | | H | **Opened  9/01/00**<br>**Educational** | | | | 17,541.00 |
| Account No. xxxxxx1871<br><br>**Us Dept Of Education**<br>**501 Bleecker St**<br>**Utica, NY 13501** | | H | **Opened  8/01/99**<br>**Educational** | | | | 15,022.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,563.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Cary A. Uretz**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wayne Gerenstein<br>825 Newcastle Ave.<br>Westchester, IL 60154** | - | | **Business partners for Triple Play Hospitality, LLC.** | | | | 1,000.00 |
| Account No.<br><br>**William Jacobs<br>175 E. Delaware<br>Chicago, IL 60611** | - | | **Business partner for Triple Play Investments** | | | | 1,000.00 |
| Account No. **xxx-xx-8187**<br><br>**WLIP/WEXT/WILL RADIO<br>c/o Szabo Associates<br>3355 Lenox Rd, N.E. Ninth Floor<br>Atlanta, GA 30326** | - | | **Advertising** | | | | 19,000.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 21,000.00 |
| | Total<br>(Report on Summary of Schedules) | 4,137,600.40 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Cary A. Uretz**                                                     ,   Case No. _____

                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
          schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allied Domecq (Dunkin Brands)**<br>**130 Royal St.**<br>**Canton, MA 02021** | **Lease**<br>**01/2003-03/2009** |
| **Dolan Associates**<br>**2275 Half Day Rd**<br>**Bannockburn, IL 60015** | **Lease**<br>**07/2003-07/2008** |
| **Milwakee Brewers**<br>**One Brewers Way**<br>**Milwaukee, WI 53214** | **$10,000.00 Contract** |
| **Muzak**<br>**2901 3rd Ave.**<br>**Seattle, WA 98121** | **Lease**<br>**01/2003-07/2008** |
| **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** | **Equipment Lease**<br>**12/2003-12/2010** |

_____**0**_____   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re **Cary A. Uretz**                                                    , Case No. _____

_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **272 East Capital LLC**<br>**Chicago, IL** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **272 East Capital LLC**<br>**Chicago, IL** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |
| **4950 S. 27th Street, LLC**<br>**Chicago, IL** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **4950 S. 27th Street, LLC**<br>**Chicago, IL** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |
| **Al Koplin c/o Thomas Moffitt**<br>**Mc Cracken, Walsh & de LaVan**<br>**134 N. LaSalle STE 600**<br>**Chicago, IL 60602** | **Real Estate Development Loan** |
| **Allied Domecq**<br>**Dunkin Brands**<br>**130 Royal St.**<br>**Canton, MA 02021** | **NEP, LLC**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631**<br>**Franchise Loan** |
| **Brad Pielet**<br>**499 Lake Cook Rd**<br>**Deerfield, IL 60015** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **Brad Pielet**<br>**499 Lake Cook Rd**<br>**Deerfield, IL 60015** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |
| **Charles Everhardt c/o A. Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **Charles Everhardt c/o A. Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** |

___**6**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Cary A. Uretz**                                                    , Case No. _____

                              Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles Everhardt c/o A. Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |
| **Charles Everhardt c/o A. Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Stahl Brashler, LLC**<br>**20 E. Jackson Blvd**<br>**7th Floor**<br>**Chicago, IL 60604** |
| **Condell Medical Center**<br>**755 South Milwaukee, Suite 127**<br>**Libertyville, IL 60048**<br>**  from 12/03**<br>**03SC4629** | **Dean's Foods**<br>**3600 River Road**<br>**Franklin Park, IL** |
| **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** | **Charles Everhardt**<br>**c/o Anthony Licata, Shefsky & Froel**<br>**444 North Michigan Ave**<br>**Chicago, IL 60611** |
| **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** | **Charles Everhardt**<br>**c/o Anthony Licata, Shefsky & Froel**<br>**444 North Michigan Ave**<br>**Chicago, IL 60611** |
| **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** | **Gomberg, Sharman, Gold & Ostler, PC**<br>**208 South LaSalle Street, # 1200**<br>**Chicago, IL 60604** |
| **Lawrence Nesis c/o Anthony Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Banco Popular**<br>**PO Box 17036**<br>**Baltimore, MD 21297** |
| **Lawrence Nesis c/o Anthony Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **Lawrence Nesis c/o Anthony Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** |
| **Lawrence Nesis c/o Anthony Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |

Sheet __1__ of __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Cary A. Uretz**                                                      ,   Case No. _____

                                            Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lawrence Nesis c/o Anthony Licata**<br>**Shefsky & Froelich**<br>**444 N. Michigan Ave**<br>**Chicago, IL 60611** | **Stahl Brashler, LLC**<br>**20 E. Jackson Blvd**<br>**7th Floor**<br>**Chicago, IL 60604** |
| **Lois Ann Uretz**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | **Banco Popular**<br>**PO Box 17036**<br>**Baltimore, MD 21297**<br>  **1999 Ford Expedition** |
| **Lois Ann Uretz**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | **ABN Amro Mortgage**<br>**4242 North Harlem Avenue**<br>**Norridge, IL 60706** |
| **Lois Ann Uretz**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | **Countrywide Home Loans**<br>**450 American St**<br>**Simi Valley, CA 93065** |
| **Lois Ann Uretz**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** |
| **Lois Ann Uretz**<br>**1362 Crossfield Court**<br>**Buffalo Grove, IL 60089** | **Banco Popular**<br>**PO Box 17036**<br>**Baltimore, MD 21297** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **GE Capital Franchise Finance Corp**<br>**17207 N. Perimeter Drive**<br>**Scottsdale, AZ 85255** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Milwakee Brewers**<br>**One Brewers Way**<br>**Milwaukee, WI 53214** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Wisconsin Department of Revenue**<br>**2135 Rimrock Road**<br>**Madison, WI 53713** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Allied Domecq (Dunkin Brands)**<br>**130 Royal St.**<br>**Canton, MA 02021** |

Sheet __**2**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Cary A. Uretz**                       ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Gomberg, Sharman, Gold & Ostler, PC**<br>**208 South LaSalle Street, # 1200**<br>**Chicago, IL 60604** |
| **National Energy Properties LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Kutakrock LLP**<br>**8601 North Scottsdale Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85253** |
| **NEP Operating, LLC**<br>**c/o CSC-Lawyers Incorp. Service**<br>**601 Abbott Rd**<br>**East Lansing, MI 48823**<br>   **Entity ID Number 2022860** | **State of MI, Dept. of Env. Quality**<br>**7953 Adobe Rd**<br>**Kalamazoo, MI 49009** |
| **NEP Operating, LLC**<br>**c/o CSC-Lawyers Incorp. Service**<br>**601 Abbott Rd**<br>**East Lansing, MI 48823** | **State of MI, Dept. of Env. Quality**<br>**7953 Adobe Rd**<br>**Kalamazoo, MI 49009** |
| **Salik N. Rao**<br>**829 Winfall Drive**<br>**Schaumburg, IL 60173** | **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** |
| **Salik N. Rao**<br>**829 Winfall Drive**<br>**Schaumburg, IL 60173** | **Stahl Brashler, LLC**<br>**20 E. Jackson Blvd**<br>**7th Floor**<br>**Chicago, IL 60604** |
| **Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** |
| **Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | **Triple Play Hospitality**<br>**2275 Half Day Road**<br>**Deerfield, IL 60015** |
| **Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** |
| **Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | **Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** |
| **Steven Cotsirilos**<br>**1025 Sheridan Rd**<br>**Wilmette, IL 60091** | **Anchor Bank**<br>**25 West Main Street**<br>**Madison, WI 53703** |

Sheet  **3**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Cary A. Uretz**                                    Case No. _____
_____ ,
                            Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TPH dba Dunkin Donuts**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Radiant Systems, Inc.**<br>**3925 Brookside Pkwy**<br>**Alpharetta, GA 30022** |
| **Triple Play Brown Deer LLC**<br>**c/o Jeffrey J. Stahl, Reg. Agent**<br>**55 West Monroe, Suite 500**<br>**Chicago, IL 60603** | **National Registered Agents, Inc**<br>**PO Box 927**<br>**West Windsor, NJ 08550** |
| **Triple Play Brown Deer LLC**<br>**c/o Jeffrey J. Stahl, Reg. Agent**<br>**55 West Monroe, Suite 500**<br>**Chicago, IL 60603** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** |
| **Triple Play Brown Deer LLC**<br>**c/o Jeffrey J. Stahl, Reg. Agent**<br>**55 West Monroe, Suite 500**<br>**Chicago, IL 60603** | **Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **LaSalle Bank National Association**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090**<br>   **Business Equipment Loan** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090**<br>   **Business Equipment Loan #2** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Dean's Foods**<br>**3600 River Road**<br>**Franklin Park, IL** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Kenosha News**<br>**5800 7th Ave.**<br>**Kenosha, WI 53140** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Stahl Crowley**<br>**55 East Monroe Street**<br>**Chicago, IL 60604** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Cary A. Uretz**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Dolan Associates**<br>**2275 Half Day Rd**<br>**Bannockburn, IL 60015** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Fall Creek Partners**<br>**c/o Gerald Fradin, Sonnenschein Nat**<br>**8000 Sears Tower**<br>**Chicago, IL 60606** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Muzak**<br>**2901 3rd Ave.**<br>**Seattle, WA 98121** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Goodwin & Bryan, LLP**<br>**PO Box 221406**<br>**Cleveland, OH 44122** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Fall Creek Partners**<br>**c/o Gerald Fradin, Sonnenschein Nat**<br>**8000 Sears Tower**<br>**Chicago, IL 60606** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Suite 131**<br>**Bannockburn, IL 60015** | **Anchor Bank**<br>**25 West Main Street**<br>**Madison, WI 53703** |
| **Triple Play Investments, LLC**<br>**1362 Crossfield Ct**<br>**Buffalo Grove, IL 60089** | **Dolan Associates**<br>**2275 Half Day Rd**<br>**Bannockburn, IL 60015** |
| **Wayne Gerenstein**<br>**825 Newcastle Ave**<br>**Westchester, IL 60154** | **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re     **Cary A. Uretz**                                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wayne Gerenstein**<br>**825 Newcastle Ave**<br>**Westchester, IL 60154** | **Anchor Bank**<br>**25 West Main Street**<br>**Madison, WI 53703** |
| **Wayne Gerenstein**<br>**825 Newcastle Ave**<br>**Westchester, IL 60154** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** |
| **Wayne Gerenstein**<br>**825 Newcastle Ave**<br>**Westchester, IL 60154** | **Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** |
| **Wayne Gerenstein**<br>**825 Newcastle Ave**<br>**Westchester, IL 60154** | **Cole Taylor Bank**<br>**111 West Washington**<br>**Chicago, IL 60602** |
| **William Jacobs**<br>**175 E. Delaware**<br>**Chicago, IL 60611** | **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** |
| **William Jacobs**<br>**175 E. Delaware**<br>**Chicago, IL 60611** | **Anchor Bank**<br>**25 West Main Street**<br>**Madison, WI 53703** |
| **William Jacobs**<br>**175 E. Delaware**<br>**Chicago, IL 60611** | **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** |

Sheet __6__ of __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

Form B6I
(12/03)

In re   **Cary A. Uretz**                                                      Case No. _____
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Son**<br>**Son** | AGE<br>**17**<br>**21**<br>**25** |

| EMPLOYMENT* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Director** | **Pre-School Teacher (Part-Time)** |
| Name of Employer | **Carpentersville Petroleum** | **JCC** |
| How long employed | **12/2004** | **7 Years** |
| Address of Employer | **7030 Huntley Road**<br>**Carpentersville, IL 60110** | **Buffalo Grove, IL 60089** |
| *See Attachment for Additional Employment Information | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **3,500.00** | $ | **400.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **3,500.00** | $ | **400.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **800.00** | $ | **50.00** |
| b.  Insurance | $ | **0.00** | $ | **0.00** |
| c.  Union dues | $ | **0.00** | $ | **0.00** |
| d.  Other (Specify) | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **800.00** | $ | **50.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,700.00** | $ | **350.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance<br>(Specify) | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income<br>(Specify) | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **2,700.00** | $ | **350.00** |

TOTAL COMBINED MONTHLY INCOME        $ _____**3,050.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re  **Cary A. Uretz**                                                Case No. _____

_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | **Independant Real Estate Advisor** | |
| Name of Employer | **Self-employed** | |
| How long employed | | |
| Address of Employer | | |

In re __**Cary A. Uretz**_____   Case No. _____
                          Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| Are real estate taxes included?  Yes __X__   No ___ | | |
| Is property insurance included?  Yes __X__   No ___ | | |
| Utilities:  Electricity and heating fuel | $ | 300.00 |
|        Water and sewer | $ | 50.00 |
|        Telephone | $ | 100.00 |
|        Other   **Garbage Collection Fee** | $ | 30.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 600.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 80.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|        Homeowner's or renter's | $ | 0.00 |
|        Life | $ | 0.00 |
|        Health | $ | 0.00 |
|        Auto | $ | 100.00 |
|        Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|        Auto | $ | 0.00 |
|        Other   **1999 Ford Expedition** | $ | 520.00 |
|        Other   **Gateway** | $ | 50.00 |
|        Other   **School, tuiition, extracurricular, etc** | $ | 100.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Personal Care and Grooming** | $ | 100.00 |
| Other | $ | 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,810.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
|        (interval) | | |

# United States Bankruptcy Court
### Northern District of Illinois

In re __Cary A. Uretz_____    Case No. _____

                            Debtor(s)    Chapter    __7_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 14, 2005_____    Signature  __/s/ Cary A. Uretz_____
                            __Cary A. Uretz__
                            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Cary A. Uretz** _____     Case No. _____

_____ Debtor(s)      Chapter  **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$70,000.00** | **2003 Income from Employment (H)** |
| **$4,800.00** | **2003 Income from Employment (W)** |
| **$70,000.00** | **2004 Income from Employment (H)** |
| **$4,800.00** | **2004 Income from Employment (W)** |
| **$30,000.00** | **2005 Income from Employment (H) YTD** |
| **$1,600.00** | **2005 Income from Employment (W)** |
| **$5,000.00** | **2003 Income from Employment as P/T Teacher (W)** |
| **$5,000.00** | **2004 Income from Employment as P/T Teacher (W)** |
| **$1,600.00** | **2005 Income from Emplyment as P/T Teacher (W) YTD** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$70,000.00** | **2004 $70,000.00 Gift from Mother-in-Law (Early Inheritence)** |
| **$20,000.00** | **2005 $20,000.00 Gift from Mother-in-Law (Early Inheritence) YTD** |

**3. Payments to creditors**

None
■

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Labe Federal Bank for Savings vs. Cary A. Uretz and Louis A. Uretz Nos. 03 Ch 1596** | **Foreclosure** | **Cook County, Illinois** | **Body Attachment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ParkBank Leasing, Inc. 15850 W. Bluemound Road Brookfield, WI 53005, Plaintiff, vs Triple Play Hospitality, LLC 2275 Half Day Road, Suite 131 Bannockburn, IL 60015 and Cary Uretz 1362 Crossfield Court Buffalo Grove, IL 60089 and Wayne Gerenstein 825 Newcastle Ave Westchester, IL 60154 and Steven P. Cotsirilos 1025 Sheridan Rd Wilmette, IL 60091, Defendants. Case No. 04-CV-001716 (05 MR 1088)** | **Money judgment** | **In the Circuit Court of the State of Wisconsin in and for Kenosha County** | **Amended Summons for all defendants filed on May 20, 2005 New Date for scheduling conference for Triple Play Hospitality, LLC: Sept. 27, 2005**<br><br>**Complaint filed Dec. 22, 2004, against all listed defendants Third claim for relief: Money damages against Cary Uretz for $254,426.47** |
| **GE Capital Franchise Finance Corporation, Plaintiff vs. 4950 S. 27th Street LLC; Cary Uretz; Lawrence Nesis; Charles Everhardt; Brad Pielet; National Energy Properties, LLC; 272 East Capitol LLC, Defendants. Case No. CV2005-006968** | **Breach of Loan & Security Agreements and Promissory Notes; Breach of Guaranties** | **In the Superior Court of the State of Arizona in and for the County of Maricopa** | **April 26, 2005 Summons and Complaint filed Certificate of Compulsory Arbitration filed** |
| **Radiant Systems, Inc. vs Triple Play Hospitality dba Dunkin Donuts and Cary Uretz Case No.** | **Collections** | **State of IL County of Cook** | **NOT FILED YET (have until June 26, 2005) $10,460.39** |
| **Labe Bank, Plaintiff, vs Cary A. Uretz, Salik N. Rao, National Energy Properties, LLC., Charles Everhardt, Lawrence Nesis, Defendants. Case No. 03 L 9295** | **Collections** | **In the Circuit Court of Cook County, IL** | **On Nov. 24, 2004, it was ordered that Cary A. Uretz appear at the Daley Center on Jan. 26, 2005** |
| **Cole Taylor Bank, Plaintiff, vs Triple Play Hospitality, LLC, Triple Play Brown Deer, LLC, Steven Cotsirilos and Cary Uretz, Defendants. Case No. 05 L 694** | **Collections** | **In the Circuit Court of Cook County, IL** | **Filed on Jan. 20, 2005 Requests a judgment for $632,764.65** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Various Creditors** | | **All secured business equipment was repossessed by secured creditors in the Fall, 2004.** |

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■    **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Shaw & Foley, LLC 33 North County Street Suite 302 Waukegan, IL 60085 | 05/17/05 | $1,000.00 |

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Lois A. Uretz 1362 Crossfield Court Buffalo Grove, IL 60089 Wife | 09/2004 | 1. 1999 Chrysler 300M, 170,000 Miles (Paid in Full) Value: $3,995.00 2. 1999 Audi A4, 60,000 Miles (Paid in Full) Value: $5,290.00 3. 1969 Chevrolet Camaro, 200,000 Miles (Paid in Full) Value: $200.00;    Value: $5,995.00; 4. 1991 Jeep Wangler, 130,000 Miles, (Paid in Full) Value: $4,985.00 |
| EBay | 05/2005 | Race Car Trailer (Paid in Full) Value: $1,000.00 |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Park Bank 15850 Bluemound Rd Brookfield, WI 53005 | Triple Play Hospitality, LLC Leasing Reference # 362-001 | 10/2004-Present |
| LaSalle Bank National Association 135 South LaSalle Street Chicago, IL 60603 | NEP Netlease Investments, LLC Account # 5800268657 | 6/2005 |
| Cole Taylor Bank 111 West Washington Chicago, IL 60602 | Triple Play Hospitality LLC Account # 0691-65688 General Disbursement Account Account # 0691-65696 Payroll Account | 6/2005 |
| Anchor Bank 25 West Main Steet Madison, WI 53703 | Triple Play Hospitality LLC | 6/2005 |

6

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
☐  or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Admiral Petroleum #102**<br>**640 E. Chicago Ave**<br>**(Berrian County)**<br>**Niles, MI 49120** | **State of Michigan**<br>**Dept. of Environmental Quality**<br>**Kalamazoo District Office**<br>**Kalamazoo, MI  49009-0000** | **May 18, 2005** | **Pursuant to Part 213, Leaking Underground Storage Tank (LUST), of the Natural Resources and Environmental Protection Act (NREPA), 1994 PA 451, as amended** |

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■  Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■  the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐  ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Triple Play Hospitality, LLC** | **81-0578492** | **2275 Half Day Road Bannockburn, IL 60015** | **Fast Food Restaurant Managment** | **11/2002-10/2004** |
| **Triple Play Brown Deer, LLC** | **16-1667131** | **8501 W. Brown Deer Milwaukee, WI 53224** | **Real Estate Development** | **5/2003-10/2003** |
| **Triple Play Investments** | **37-1469764** | **1362 Crossfield Ct Buffalo Grove, IL 60089** | **Real Estate** | **7/2003-10/2004** |
| **272 East Capitol, LLC** | **none** | | | |
| **4950 S. 27th Street, LLC** | **none** | | | |
| **NEP Net Investors 1** | **26-0029981** | **200 N. Main Elgin, IL 60120** | **Single Purpose Entity (SPE); Real Estate Development** | **1/10/2002-12/31/2003** |
| **NEP Net Investors 2** | **01-0592624** | **11333 W. Silverspring Rd Milwaukee, WI 53224** | **Single Purpose Entity (SPE); Real Estate Development** | **01/10/2002-1/15/2003** |

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **NEP Net Investors 3** | **01-0667055** | **4950 S. 27th St. Milwaukee, WI 53224** | **Single Purpose Entity (SPE); Real Estate Development** | **4/19/2002-10/1/2003** |
| **NEP Net Investors 4** | **01-0667058** | **2010 N. Randall Rd Carpentersville, IL 60110** | **Single Purpose Entity (SPE); Real Estate Development** | **4/23/2002-5/1/2003** |
| **NEP Net Investors 5** | **37-1442246** | **8010 W. 75th Kenosha, WI 53142** | **Real Estate Development** | **9/18/2002-4/1/2003** |
| **NEP, LLC** | **36-4264261** | **8700 West Bryn Mawr Ave. Suite 8005 Chicago, IL 60631** | **Real Estate Development** | **9/1999-10/2004** |
| **NEP Carpentersville LLC** | | **7030 W. Huntley Carpentersville, IL 60110** | **Single Purpose Entity (SPE); Real Estate Development** | |
| **MEP Naperville LLC** | | **1950 W. Brookdale Naperville, IL 60563** | **Single Purpose Entity (SPE); Real Estate Development** | |

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **NEP Net Investors 1** | **200 N. Main Elgin, IL 60120** |
| **NEP Net Investors 2** | **11333 W. Silverspring Rd Milwaukee, WI 53224** |
| **NEP Net Investors 3** | **4950 S. 27th St. Milwaukee, WI 53224** |
| **NEP Net Investors 4** | **2010 N. Randall Rd Carpentersville, IL 60110** |
| **NEP Net Investors 5** | **8010 W. 75th Kenosha, WI 53142** |
| **NEP, LLC** | **8700 West Bryn Mawr Ave. Suite 8005 Chicago, IL 60631** |
| **NEP Carpentersville LLC** | **7030 W. Huntley Carpentersville, IL 60110** |
| **MEP Naperville LLC** | **1950 W. Brookdale Naperville, IL 60563** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Edmenson**<br>**Milwaukee, WI** | **10/2003-10/2004**<br>**Operations Manager who has inventory lists** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Cary Uretz** | **1362 Crossfield Ct**<br>**Buffalo Grove, IL 60089** | |
| **Al Koplin** | **c/o Thomas Moffitt, McCracken, Wals**<br>**134 N. LaSalle, STE 600**<br>**Chicago, IL 60602** | |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Anchor Bank**<br>**25 West Main St.**<br>**Madison, WI 53703** | |
| **Cole Taylor Bank**<br>**PO Box 585**<br>**Wheeling, IL 60090** | |
| **Labe Bank**<br>**4343 North Elston Ave.**<br>**Chicago, IL 60641** | |
| **LaSalle Bank National Association**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603** | |
| **Park Bank Leasing**<br>**15850 W. Bluemound Rd**<br>**Brookfield, WI 53005** | |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Triple Play Brown Deer, LLC**<br>**1362 Crossfield Ct**<br>**Buffalo Grove, IL 60089** | **William Jacobs-owner**<br>**Steven Cotsirilos-owner**<br>**Wayne Gerenstein-owner**<br>**Cary Uretz-owner** | **William Jacobs-owner 25%**<br>**Steven Cotsirilos-owner 25%**<br>**Wayne Gerenstein-owner 25%**<br>**Cary Uretz-owner 25%** |
| **Triple Play Hospitality, LLC**<br>**2275 Half Day Rd**<br>**Bannockburn, IL 60015** | **William Jacobs-owner**<br>**Steven Cotsirilos-owner**<br>**Wayne Gerenstein-owner**<br>**Cary Uretz-owner** | **William Jacobs-owner 25%**<br>**Steven Cotsirilos-owner 25%**<br>**Wayne Gerenstein-owner 25%**<br>**Cary Uretz-owner 25%** |
| **Triple Play Investments**<br>**2275 Half Day Road**<br>**Bannockburn, IL 60015** | **William Jacobs-owner**<br>**Steven Cotsirilos-owner**<br>**Wayne Gerenstein-owner**<br>**Cary Uretz-owner** | **William Jacobs-owner 25%**<br>**Steven Cotsirilos-owner 25%**<br>**Wayne Gerenstein-owner 25%**<br>**Cary Uretz-owner 25%** |
| **NEP, LLC**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Charles Everhardt-owner**<br>**Lawrence Nesis-owner**<br>**Salik Rao-owner**<br>**Cary Uretz-owner** | **Charles Everhardt-owner 25%**<br>**Lawrence Nesis-owner 25%**<br>**Salik Rao-owner 25%**<br>**Cary Uretz-owner 25%** |
| **NEP NET Lease Investors 1**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Alden Orput-owner**<br>**Cary Uretz-owner** | **Alden Orput-owner 50%**<br>**Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 2**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Alden Orput-owner**<br>**Cary Uretz-owner** | **Alden Orput-owner 50%**<br>**Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 3**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Alden Orput-owner**<br>**Cary Uretz-owner** | **Alden Orput-owner 50%**<br>**Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 4**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Alden Orput-owner**<br>**Cary Uretz-owner** | **Alden Orput-owner 50%**<br>**Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 5**<br>**8700 West Bryn Mawr Ave.**<br>**Suite 8005**<br>**Chicago, IL 60631** | **Alden Orput-owner**<br>**Cary Uretz-owner** | **Alden Orput-owner 50%**<br>**Cary Uretz-owner 50%** |
| **272 East Capitol, LLC**<br>**Chicago, IL** | **Cary Uretz-owner** | **Cary Uretz-owner 100%** |
| **4950 S. 27th Street, LLC**<br>**Chicago, IL** | **Cary Uretz-owner** | **Cary Uretz-owner 100%** |

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Triple Play Brown Deer, LLC**<br>**1362 Crossfield Ct**<br>**Buffalo Grove, IL 60089** | | **William Jacobs-owner 25%**<br>**Steven Cotsirilos-owner 25%**<br>**Wayne Gerenstein-owner 25%**<br>**Cary Uretz-owner 25%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Triple Play Hospitality, LLC** <br> **2275 Half Day Rd** <br> **Bannockburn, IL 60015** | | **William Jacobs-owner 25%** <br> **Steven Cotsirilos-owner 25%** <br> **Wayne Gerenstein-owner 25%** <br> **Cary Uretz-owner 25%** |
| **Triple Play Investments** <br> **2275 Half Day Rd** <br> **Deerfield, IL 60015** | | **William Jacobs-owner 25%** <br> **Steven Cotsirilos-owner 25%** <br> **Wayne Gerenstein-owner 25%** <br> **Cary Uretz-owner 25%** |
| **NEP, LLC** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Charles Everhardt-owner 25%** <br> **Lawrence Nesis-owner 25%** <br> **Salik Rao-owner 25%** <br> **Cary Uretz-owner 25%** |
| **NEP NET Lease Investors 1** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Alden Orput-owner 50%** <br> **Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 2** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Alden Orput-owner 50%** <br> **Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 3** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Alden Orput-owner 50%** <br> **Cary Uretz-owner 50%** |
| **NEP NET Lease Investors 4** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Alden Orput-owner 50%** <br> **Cary Uretz-owner 50%** |
| **NEP NET Lease Investors** <br> **8700 West Bryn Mawr Ave.** <br> **Suite 8005** <br> **Chicago, IL 60631** | | **Alden Orput-owner 50%** <br> **Cary Uretz-owner 50%** |
| **272 East Capitol, LLC** <br> **Chicago, IL** | | **Cary Uretz-owner 100%** |
| **4950 S. 27th Street, LLC** <br> **Chicago, IL** | | **Cary Uretz-owner 100%** |

**22 . Former partners, officers, directors and shareholders**

None ☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **Please see above** | | |

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Please see above** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 14, 2005**                Signature  **/s/ Cary A. Uretz**

                                          **Cary A. Uretz**
                                          Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Cary A. Uretz**

Debtor(s)

Case No.

Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| 1. | 1362 Crossfield Court, Buffalo Grove, IL 60089 (Debtors' Residence) Purchased: 10/1986 Purchase Price: $170,000.00 Down Payment: $40,000.00 Refinanced: 1997 Note: Debtor's interest in the home was transferred via judicial deed | ABN Amro Mortgage |
| 2. | Business Equipment Loan 1: Triple Play Hospitality, LLC, Triple Play Brown Deer, LLC, Steven P. Cotsirilos, Latimer LeVay Jurasek, LLC (atty for Cole Taylor Bank), David A. Kaufman & Associates (atty for Cotsirilos) | Cole Taylor Bank |
| 3. | Mortgage: 1362 Crossfield Court, Buffalo Grove, IL 60089 | Countrywide Home Loans |
| 4. | Reference  Loan # 11555 & # 10931 Business Equipment: 4950 S. 27th Street, LLC, Lawrence Nesis, Charles Everhardt, Brad Pielet, NEP, LLC, 272 East Capitol, LLC, KUTAKROCK, LLP (atty for GE) | GE Capital Franchise Finance Corp |
| 5. | Home Computer | Mbna America/Gateway |
| 6. | Reference # 362-001 Business equipment collection: TPH, LC, Wayne Gerenstein, Steven P. Costsirilos, Joseph E. Fenzel (atty for Park Bank) | Park Bank Leasing |

*b. Property to Be Retained*          *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 1999 Ford Expedition | Banco Popular | | | X |

Date   **October 14, 2005**

Signature   **/s/ Cary A. Uretz**

**Cary A. Uretz**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cary A. Uretz**                        Case No. _____

                                          Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | $     **6,000.00** |
| Prior to the filing of this statement I have received............................................... | $     **800.00** |
| Balance Due........................................................................................................... | $     **5,200.00** |

2.    $ **209.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Mother-In-Law, Ruth Sugarman**

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Nor does the fee include the representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 14, 2005**                **/s/ Gary N. Foley**
                                              **Gary N. Foley 06237076**
                                              **Shaw & Foley, L. L. C.**
                                              **33 No. County Street**
                                              **Suite 302**
                                              **Waukegan, IL 60085**
                                              **847-244-4696  Fax: 847-244-4673**
                                              **garyfoley@hotmail.com**

# United States Bankruptcy Court
### Northern District of Illinois

In re **Cary A. Uretz**

Debtor(s)

Case No.

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **82**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 14, 2005**

**/s/ Cary A. Uretz**

**Cary A. Uretz**

Signature of Debtor

ABN Amro Mortgage
4242 North Harlem Avenue
Norridge, IL 60706

Admiral Petroleum #102
640 E. Chicago Ave.
Niles, MI 49120

Al Koplin
c/o Thomas Moffitt, McCracken, Wals
134 N. LaSalle, STE 600
Chicago, IL 60602

Alden Orput
1639 N. Alpine Road
Rockford, IL 61107

Allied Domecq (Dunkin Brands)
130 Royal St.
Canton, MA 02021

Anchor Bank
25 West Main Street
Madison, WI 53703

Banco Popular
PO Box 17036
Baltimore, MD 21297

Brad Pielet
499 Lake Cook Rd
Deerfield, IL 60015

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085

Charles Everhardt
c/o Anthony Licata, Shefsky & Froel
444 North Michigan Ave
Chicago, IL 60611


Chicago Title Company
1700 S. Elmhurst Rd
Mount Prospect, IL 60056


Cit Fin Serv
Po Box 624
Marlton, NJ 08053


Citi
Po Box 6241
Sioux Falls, SD 57117


Cole Taylor Bank
PO Box 585
Wheeling, IL 60090


Cole Taylor Bank
111 West Washington
Chicago, IL 60602


ComEd
Bill Payment Center
Chicago, IL 60668


Corporation Service Company
PO Box 13397
Philadelphia, PA 19101


Countrywide Home Loans
450 American St
Simi Valley, CA 93065


CSC
2711 Centerville Road
Wilmington, DE 19808


D. H. Allsworth, KUTAKROCK LLP
8601 North Scottsdale Rd
Suite 300
Scottsdale, AZ 85253

David A. Kaufman, Esq.
555 Skokie Blvd
Suite 500
Northbrook, IL 60062


David A. Kaufman, Esq.
555 Skokie Blvd
Suite 500
Northbrook, IL 60062


Dean's Foods
3600 River Road
Franklin Park, IL


Direct Loan Svc System
501 Bleeker Street
Utica, NY 13502


Direct Loan Svc System
501 Bleeker Street
Utica, NY 13502


Dolan Associates
2275 Half Day Rd
Bannockburn, IL 60015


Dominic DiStefano
4223 Sands Blvd
Key Coral, FL 33914


Fall Creek Partners
c/o Gerald Fradin, Sonnenschein Nat
8000 Sears Tower
Chicago, IL 60606


GE Capital Franchise Finance Corp
17207 N. Perimeter Drive
Scottsdale, AZ 85255


Gomberg, Sharfman, Gold & Ostler, P
208 S. LaSalle
Suite 1200
Chicago, IL 60604

Gomberg, Sharman, Gold & Ostler, PC
208 South LaSalle Street, # 1200
Chicago, IL 60604


Goodwin & Bryan, LLP
PO Box 221406
Cleveland, OH 44122


Harvard Collections Services, Inc
4839 N. Elston Ave.
Chicago, IL 60630


Ill Coll Service Inc
4647 W 103rd St
Oak Lawn, IL 60453


Ill Coll Service Inc
4647 W 103rd St
Oak Lawn, IL 60453


Ill Coll Service Inc
4647 W 103rd St
Oak Lawn, IL 60453


Indiana Insurance
c/o Brennan & Clark, LTD
721 E. Madison, Suite 200
Villa Park, IL 60181


John Bernstein, Kutak Rock LLP
1801 California St.
STE 3100
Denver, CO 80202


Joseph E. Fenzel
PO Box 757 N Broadway
Suite 600
Milwaukee, WI 53202


Joseph E. Fenzel
PO Box 757 N Broadway
Suite 600
Milwaukee, WI 53202

Kenosha News
5800 7th Ave.
Kenosha, WI 53140


Kutakrock LLP
8601 North Scottsdale Rd
Suite 300
Scottsdale, AZ 85253


Kutakrock LLP
8601 North Scottsdale Rd
Suite 300
Scottsdale, AZ 85253


Kutakrock LLP
1801 California Street
Suite 3100
Denver, CO 80202


Labe Bank
4343 North Elston Ave.
Chicago, IL 60641


LaSalle Bank National Association
135 South LaSalle Street
Chicago, IL 60603


Latimer LeVay Jurasek LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603


Lawrence Nesis
c/o Anthony Licata, Shefsky & Froel
444 North Michigan Ave
Chicago, IL 60611


Mbna America/Gateway
Pob 17054
Wilmington, DE 19884


Milwakee Brewers
One Brewers Way
Milwaukee, WI 53214

Muzak
2901 3rd Ave.
Seattle, WA 98121


National Registered Agents, Inc
PO Box 927
West Windsor, NJ 08550


NCO Financial Systems
PO Box 41593
Philadelphia, PA 19101


Northern Leasing Systems, Inc.
132 West 31st
14th Floor
New York, NY 10001


Osi Collection Service
4165 E Thousand Oaks,Ste
Westlake Village, CA 91362


Park Bank Leasing
15850 W. Bluemound Rd
Brookfield, WI 53005


Paymentech
1307 Walt Whitman Rd
Melville, NY 11747


Pepsi Americas
3501 Algonquin Rd
Rolling Meadows, IL 60008


Radiant Systems, Inc.
3925 Brookside Pkwy
Alpharetta, GA 30022


Ruth Sugarman
1362 Crossfield Court
Buffalo Grove, IL 60089


Salik N. Rao
829 Winfall Drive
Schaumburg, IL 60173

Scott Jensen
Murray, Jensen & Wilson, Ltd
101 N. Wacker Drive, Suite 101
Chicago, IL 60606


Sheryl A. Fyock, Esq.
10 South LaSalle St.
Suite 2930
Chicago, IL 60603


Sheryl A. Fyock, Esq.
10 South LaSalle St.
Suite 2930
Chicago, IL 60603


Stahl  Cowan & Crowley, LLC
55 East Monroe Street
Chicago, IL 60604


Stahl Brashler, LLC
20 E. Jackson Blvd
7th Floor
Chicago, IL 60604


State of MI, Dept. of Env. Quality
7953 Adobe Rd
Kalamazoo, MI 49009


Steven Cotsirilos
1025 Sheridan Rd
Wilmette, IL 60091


Teller, Levit & Silvertrust, PC
11 E. Adams St.
Suite 800
Chicago, IL 60603


Teller, Levit & Silvertrust, PC
11 E. Adams St.
Suite 800
Chicago, IL 60603


Triple Play Brown Deer, LLC
8501 W. Brown Deer
Milwaukee, WI 53224

Triple Play Brown Deer, LLC
8501 W. Brown Deer
Milwaukee, WI 53224


Us Dept Of Education
501 Bleecker St
Utica, NY 13501


Us Dept Of Education
501 Bleecker St
Utica, NY 13501


Wayne Gerenstein
825 Newcastle Ave.
Westchester, IL 60154


William Jacobs
175 E. Delaware
Chicago, IL 60611


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


WLIP/WEXT/WILL RADIO
c/o Szabo Associates
3355 Lenox Rd, N.E. Ninth Floor
Atlanta, GA 30326